TO: CLERK,
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

OCT. 22, 2007

FROM: HAROLD WALKER V60211
C.T.F.-CENTRAL-OW134
P.O. BOX 689
SOLEDAD, CA. 93960

C07-4228 JF

#1:07-CV-01256

IN RE: HAROLD WALKER VS. JAMES TILTON, et al., AWI-DLB-HC

I AM ASKING AND REQUESTING INFORMATION AND THE STATUS OF THE ABOVE MENTION CASE NUMBER IN WHICH WAS TRANSFERE TO THIS COURT FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT COURT BY ORDER OF TRANSFER DATED SEPTEMBER 10, 2007 BY U.S. MAGISTRATE JUDGE DENNIS L. BECK (SEE ATTACHED).

THANK YOU.

RESPECTFULLY SUBMITTED,

BY: Harold Walker
HAROLD WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER, | 1:07-cv-01256 AWI DLB HC |
| Petitioner, | |
| vs. | ORDER OF TRANSFER |
| JAMES TILTON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254, in which he challenges a decision reached by the Governor of the State of California/Board of Prison Terms regarding his suitability for parole. Petitioner has submitted an application to proceed in forma pauperis for this action.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

In a habeas matter, venue is proper in either the district of conviction or the district of confinement. 28 U.S.C. § 2241(d). Where a petitioner attacks the execution of his sentence, the proper

forum in which to review such a claim is the district of confinement. See Dunn v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (stating, in a 28 U.S.C. § 2241 action, that "[t]he proper forum to challenge the execution of a sentence is the district where the prisoner is confined.").

In this case, petitioner was sentenced in Fresno County Superior Court, which is located within the Eastern District of California. He is currently incarcerated at the Correctional Training Facility, in Monterey County, which lies within the Northern District of California. Because the instant petition is premised on events relating to Petitioner's parole proceedings, the court construes it as a challenge to the execution of petitioner's sentence, as opposed to an attack on the conviction itself. Thus, this matter should be addressed in the forum where petitioner is confined. Therefore, the petition should have been filed in the United States District Court for the Northern District of California. In the interest of justice, a federal court may transfer a case filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated: __September 10, 2007__               _____/s/ Dennis L. Beck_____
                                            UNITED STATES MAGISTRATE JUDGE

MIME-Version:1.0 From:caed_cmecf_helpdesk@caed.uscourts.gov
To:caed_cmecf_nef@localhost.localdomain Message-Id: Subject:Activity in Case
1:07-cv-01256-AWI-DLB (HC) Walker v. Tilton Order Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** *You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.*

U.S. District Court

Eastern District of California – Live System

## Notice of Electronic Filing

The following transaction was entered on 9/10/2007 at 11:44 AM PDT and filed on 9/10/2007

**Case Name:** (HC) Walker v. Tilton
**Case Number:** 1:07-cv-1256
**Filer:**
**WARNING: CASE CLOSED on 09/10/2007**
**Document Number:** 4
**Docket Text:**
ORDER, CASE TRANSFERRED to District of CA/Northern signed by Judge Dennis L. Beck on 09/10/2007. CASE CLOSED. (Esteves, C)

**1:07-cv-1256 Electronically filed documents will be served electronically to:**

**1:07-cv-1256 Electronically filed documents must be served conventionally by the filer to:**

Harold Walker
V-60211
CORRECTIONAL TRAINING FACILITY (705)
P.O. BOX 705
NORTH
SOLEDAD, CA 93960-0705

The following document(s) are associated with this transaction: