```
1  HAROLD WALKER V60211
   C.T.F. CENTRAL - OW 134
2  P.O. BOX 689
3  SOLEDAD, CA. 93960

4     IN PRO-PER
```

FILED
DEC 07 2007
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HAROLD WALKER,
    PLAINTIFF,
V.
JAMES TILTON, DIRECTOR
OF C.D.C.R., et al.,
DEFENDANTS.

CASE No. C-07-4228-JF-(PR)

REQUEST TO ENTER DEFAULT

TO: CLERK FOR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

WILL YOU PLEASE ENTER THE DEFAULT OF DEFENDANTS JAMES TILTON, DIRECTOR OF C.D.C.R., et al., FOR FAILURE TO PLEAD OR OTHERWISE DEFEND AS PROVIDED BY THE FEDERAL RULES OF CIVIL PROCEDURES AS APPEARS FROM THE ATTACHED AFFIDAVIT OF PLAINTIFF HAROLD WALKER.

DATED: DEC. 3, 2007

BY: Harold Walker
    HAROLD WALKER

(1)

HAROLD WALKER V60211
C.T.F.-CENTRAL-DW134
P.O.BOX 689
SOLEDAD, CA 93960

"Legal Mail"

"Legal Mail"

RECEIVED
DEC -7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, 94102

