```
1  HAROLD WALKER V60211
2  C.T.F.-CENTRAL-OW 134
3  P.O. BOX 689
4  SOLEDAD, CA. 93960
5
6     IN PRO-PER
7
8         UNITED STATES DISTRICT COURT
9         NORTHERN DISTRICT OF CALIFORNIA
10
11 HAROLD WALKER,              CASE NO: C-07-4228-JF-(PR)
12      PLAINTIFF
13    V.                       AFFIDAVIT FOR ENTRY OF DEFAULT
14 JAMES TILTON, DIRECTOR
15 OF C.D.C.R., et al.,
16      DEFENDANTS
17
18    PLAINTIFF HAROLD WALKER, DULY AFFIRM, DEPOSES AND SAYS:
19  1. THAT HE IS THE PRO-SE COUNSEL IN THE ABOVE-ENTITLED MATTER.
20  2. THAT DEFENDANTS JAMES TILTON, DIRECTOR OF C.D.C.R., et al., WAS SERVED
21  WITH A COPY OF THE AMENDED COMPLAINT ON SEPTEMBER 28, 2007 BY
22  PLAINTIFF HAROLD WALKER (SEE EXHIBIT 1).
23  3. THAT DEFENDANTS JAMES TILTON, DIRECTOR OF C.D.C.R., et al., HAS NOT FILED
24  OR TAKEN OTHER ACTIONS AS MAY BE PERMITTED BY LAW ALTHOUGH MORE THAN 60
25  DAYS HAVE ELAPSED SINCE THE DATE OF SERVICE.
26
27  I AFFIRM UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT,
28  SIGNED THIS 3rd DAY OF DECEMBER, 2007
                                      BY: Harold Walker
                                          HAROLD WALKER
```



FILED
DEC 07 2007
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

(1)

**PROOF OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)

I, HAROLD WALKER, declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

HAROLD WALKER, CDCR #: V60211
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: DW 134
SOLEDAD, CA 93960-0689.

On SEPT. 28, 2007, I served the attached:

FIRST AMENDED COMPLAINT, MOTION APPOINTMENT OF COUNSEL, AFFIDAVIT OF PLAINTIFF, HAROLD WALKER

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

ATTORNEY GENERAL'S OFFICE
STATE OF CALIFORNIA
P.O. BOX 944255
1300 I STREET, SUITE 1101
SACRAMENTO, CA. 94244-2550

JAMES TILTON
DIRECTOR OF C.D.C.R.
P.O. BOX 942883
SACRAMENTO, CA.
94283-0001

BEN CURRY, WARDEN
AT CORRECTIONAL TRAINING
FACILITY
P.O. BOX 689
SOLEDAD, CALIF. 93960

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 9/28/07.

*/s/ Harold Walker*
HAROLD WALKER
Declarant

**ORIGINAL**

1 COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

**FILED**
SEP 2 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Name WALKER, HAROLD
(Last)      (First)      (Initial)

Prisoner Number V60211

Institutional Address C.T.F. - CENTRAL - OW134 - P.O. BOX 689 - SOLEDAD, CA. 93960

==================================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HAROLD WALKER
(Enter the full name of plaintiff in this action.)

vs.

JAMES TILTON, DIRECTOR OF C.D.C.R.,
BEN CURRY, WARDEN OF CORRECTIONAL
TRAINING FACILITY, et al., CIVIGENICS
TREATMENT PROGRAM, et al.
(Enter the full name of the defendant(s) in this action)

Case No. C-07-4228-JF-(PR)
(To be provided by the clerk of court)
FIRST AMENDED
COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement CORRECTIONAL TRAINING FACILITY

B.   Is there a grievance procedure in this institution?

YES (X)     NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?

YES (X)     NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                                - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal A) 07-01800 - BY PASS; B) 07-02503 - JUNE 13, 2007; C) 07-02916 - BY PASS - DENIED -

2. First formal level A) 07-01800 - JUNE 7, 2007; B) 07-02503 - JUNE 29, 2007; C) 07-02916 - AUG. 23, 2007 - DENIED -

3. Second formal level A) 07-01800 - AUG. 29, 2007; B) 07-02503 - JUNE 29, 2007; C) 07-02916 - HAVE NOT RECEIVED A RESPONCE -

4. Third formal level A) 07-01800 - HAVE NOT RECEIVED A RESPONCE; B) 07-02503 - HAVE NOT RECEIVED A RESPONCE; C) 07-02916 - HAVE NOT RECEIVED A RESPONCE -

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. N/A

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

HAROLD WALKER V60211
C.T.F. CENTRAL DW 134
P.O. BOX 705; SOLEDAD, CALIF. 93960

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

JAMES TILTON, DIRECTOR OF CORRECTIONS OF C.D.C.R.; BEN CURRY, WARDEN AT C.T.F., SOLEDAD STATE PRISON, G. DRITZ, ASSOCIATE WARDEN; J. McELROY, CCIII; A. TUCKER AND L.L. SARELI, CAPTAINS; D.S. NARANJO, D.G. METCALF, S.V. TRUETT, LIEUTENANTS; J. ABOYTES AND P.G. DENNIS, APPEALS

COMPLAINT                                    - 2 -

1  COORDINATORS; S.A. DETLEFSEN, SERGEANT; D.R. CASTAIN, CORRECTIONAL OFFICER; CIVIGENICS
2  TREATMENT PROGRAM; DIRECTOR DANIEL LANE, PROGRAM DIRECTOR
3  _____

4  III.   Statement of Claim
5         State here as briefly as possible the facts of your case. Be sure to describe how each
6  defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any
7  cases or statutes. If you have more than one claim, each claim should be set forth in a separate
8  numbered paragraph.
9  DEFENDANTS ABUSED THEIR AUTHORITY UNDER THE COLOR OF LAW TO KNOWINGLY AND WILLINGLY
10 VIOLATE PLAINTIFF'S U.S. CONSTITUTIONAL RIGHTS IN: 1) CONFINING PLAINTIFF TO A CELL OTHER THAN
11 TO SHOWER FOR NO JUST CAUSE DENY PLAINTIFF OF OUTSIDE EXERCISE. 2) PLAINTIFF HAS BEEN
12 DENIED MEDICAL AND DENTAL TREATMENT AFTER MAKING A NUMBER OF ATTEMPS TO GET TREATMENT
13 AFTER BEING SEEN AND TOLD THAT PLAINTIFF NEEDS NEUROLOGICAL SURGERY AND IS SUFFERING
14 EXTREME PAIN. 3) PLAINTIFF HAS BEEN DENIED ACCESS TO THE PRISON LAW LIBRARY IN WHICH
15 IS DENYING OR OBSTRUCTING MY EFFORTS TO PRESENT A PETITION OR LEGAL DOCUMENT TO
16 THE COURTS WHICH ALSO DENIES ME ACCESS TO THE COURTS BY THIS INSTITUTION AND THE CIVIGENICS
17 TREATMENT PROGRAM. BECAUSE I'M ASSIGNED TO A PROGRAM (SAP AND YARD CREW) IN WHICH I
18 DO NOT QUALIFY FOR THE PROGRAM DUE TO THE FACT I HAVE NO DOCUMENTED SUBSTANCE ABUSE
19 PROGRAM NOR DID I VOLUTIRE FOR THE PROGRAM. I WAS PLACE IN A PROGRAM AGAINST MY WILL.
20 4) PLACING PLAINTIFF IN ADMINISTRATIVE SEGREGATION AND CONFISCATING PLAINTIFF'S LEGAL MATERIAL
21 AND PAPERS CAUSING PLAINTIFF NOT TO BE ABLE TO CONTINUE LEGAL CORRENSPONCE AND FILINGS
    TO THE COURT-BY LABELING PLAINTIFF A THREAT TO THE SAFETY AND SECURITY OF THE INSTITUTION
22 IV.   Relief (SEE EXHIBITS 1 TO 16).
23         Your complaint cannot go forward unless you request specific relief. State briefly exactly what
24 you want the court to do for you. Make no legal arguments; cite no cases or statutes.
25 PLAINTIFF PRAYS THIS COURT FOR AN EMERGENCY INJUCTIVE-RELEIF THAT PRISON
26 OFFICIALS AND THE CIVIGENICS TREATMENT PROGRAM PROVIDE ME OUT OF CELL EXERCISE,
27 ACCESS TO LAW LIBRARY AT LEAST 30 HOUR A WEEK, STOP DELAYING MY LEGAL
28 CORRENSPONDENCE TO AND FROM THE COURTS, AND STOP DENYING OR DESTRUCTING

COMPLAINT                       - 3 -

1  MY EFFORTS TO PRESENT A PETITIONER LEGAL DOCUMENTS TO THE COURTS AND
2  ANY OTHER PUNITIVE AND MONTATARY DAMAGES THIS COURT DEEMS NESSARY

   I declare under penalty of perjury that the foregoing is true and correct.

   Signed this  27  day of  SEPTEMBER , 20 07

   _____  HAROLD WALKER
   (Plaintiff's signature)

COMPLAINT                    - 4 -