HAROLD WALKER V60211
C.T.F. CENTRAL "D" WING 134
P.O. BOX 689
SOLEDAD, CA. 93960

IN PRO-PER

FILED
DEC 07 2007
CLERK
NORTHERN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HAROLD WALKER,
    PLAINTIFF,
V.
JAMES TILTON, DIRECTOR
OF C.D.C.R., et al.,
    DEFENDANTS.

CASE NO. C-07-4228-JF(PR)

REQUEST FOR DEFAULT JUDGMENT

TO: CLERK OF THE COURT,

PLAINTIFF HAROLD WALKER REQUEST THAT YOU ENTER JUDGMENT BY DEFAULT BASED UPON THE ATTACHED AFFIDAVIT AGAINST DEFENDANTS JAMES TILTON, DIRECTOR OF C.D.C.R., et al., IN THE ABOVE-ENTITLED MATTER FOR THE AMOUNT OF COMPENSATORY AND PUNITIVE DAMAGES THE PLAINTIFF HAS REQUESTED IN THE RELIEF SECTION OF THE COMPLAINT.

DATED: DEC. 3, 2007

BY: *Harold Walker*
HAROLD WALKER

(1)