HAROLD WALKER V60211
C.T.F. - CENTRAL - CW 134
P.O. BOX 689
SOLEDAD, CA. 93960

IN PRO-PER

**FILED**

DEC 07 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HAROLD WALKER,
    PLAINTIFF

V.

JAMES TILTON, DIRECTOR
OF C.D.C.R., et al.,
    DEFENDANTS.

CASE NO. C-07-4228-JF(PR)

MOTION FOR DEFAULT JUDGEMENT

PLAINTIFF HAROLD WALKER MOVES THE COURT TO ENTER A DEFAULT JUDGMENT AGAINST JAMES TILTON, DIRECTOR OF C.D.C.R., et al., WHO ARE THE DEFENDANTS FOR RELIEF STATED IN THE COMPLAINT AND STATES:

1. THAT A DEFAULT HAS BEEN ENTERED AGAINST DEFENDANTS JAMES TILTON, DIRECTOR OF C.D.C.R., et al., FOR FAILURE TO ANSWER OR OTHERWISE DEFEND IN THE ABOVE-ENTITLED MATTER.

2. THAT DEFENDANTS JAMES TILTON, DIRECTOR OF C.D.C.R., et al., IS NOT IN THE MILITARY SERVICE AS SHOWN IN ATTACHED AFFIDAVIT.

DATED: DEC. 3, 2007

BY: *Harold Walker*
    HAROLD WALKER

(1)