HAROLD WALKER V60211
C.T.F.-CENTRAL-DW 134
P.O. BOX 689
SOLEDAD, CA. 93960

IN PRO-PER

**FILED**

DEC 07 2007

CLERK
NORTHERN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAROLD WALKER,

     PLAINTIFF

V.

JAMES TILTON, DIRECTOR

OF C.D.C.R., et al.,

     DEFENDANTS.

CASE NO. C-07-4228-JF-(PR)

AFFIDAVIT FOR DEFAULT JUDGMENT

PLAINTIFF HAROLD WALKER DULY AFFIRM, DEPOSES AND SAYS:

1. THAT HE IS THE PRO-SE COUNSEL IN THE ABOVE-ENTITLED MATTER.

2. THAT THE AMOUNT DUE PLAINTIFF FROM DEFENDANTS JAME TILTON, DIRECTOR OF C.D.C.R., et al., AS SET FORTH IN THE COMPLAINT.

3. THAT THE DEFAULT OF THE DEFENDANTS HAS BEEN ENTERED FOR FAILURE TO APPEAR/OR ANSWER IN THIS ACTION.

4. THAT THE AMOUNT LISTED IN THE COMPLAINT IS DUE AND OWING AND THAT NO PART HAS BEEN PAID.

5. THAT THE COST SOUGHT TO BE RECOVERED HAVE OCCURRED IN THIS ACTION.

6. THAT THE DEFENDANTS ARE NOT IN THE MILITARY SERVICE AS SHOWN BY THE ATTACHED AFFIDAVIT.

DATE: DEC. 3, 2007

BY: Harold Walker

     HAROLD WALKER

(i)