TO: CLERK,
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES COURTHOUSE
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102-3483

FROM: HAROLD WALKER V60211
W.S.P. A5-T18L
P.O. BOX 4400
WASCO, CA. 93280

RECEIVED
FEB 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C07-4228 JF
C07-4554 JF

IN RE: HAROLD WALKER V. JAMES TILTON

    PLAINTIFF IS ASKING THE CLERK OF THE COURT IF IT IS POSSIBLE TO SEND PLAINTIFF HAROLD WALKER THE CASE NUMBER OF THE CASE NAMED ABOVE DUE TO THIS PRISON OFFICALS CONFISCATING MY LEGAL MATERIAL AND LOSING LEGAL PAPERS IN WHICH HAS THE CASE NUMBER AND FILING DATE.

    ALSO IF POSSIBLE WOULD THE CLERK PLEASE SEND PLAINTIFF THE DOCKET SHEET.

RESPECTFULLY SUBMITTED,

DATED: FEB. 25, 2008

BY: Harold Walker
HAROLD WALKER
IN PRO-PER

ALFRED WALKER V00211
U.S.P. A5 T18
P.O. BOX 4400
DELANO, CA. 93280

"Legal Mail"

"Legal Mail"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES COURTHOUSE
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102-3483



neopost

Mailed From 93260
02/26/2008
US POSTAGE $00.41⁰

"Legal Mail"