W.S.P A5-103L
P.O.BOX
WASCO, CA. 93280

IN PRO-PER

1

2         UNITED STATES DISTRICT COURT FILED

3         NORTHERN DISTRICT OF CALIFORNIA
          2008 MAR 28 P 2:57

4
                                    RICHARD W. WIEKING
5  HAROLD WALKER,              CASE NO. C 07-4228 JF (PC)

6          PLAINTIFF,           MOTION FOR A 90 DAY EXTENSION OF TIME
                                TO AMEND THE COMPLAINT
7     VS.

8  JAMES TILTON, et al.,

9          DEFENDANTS.

10

11     PLAINTIFF, HAROLD WALKER COMES BEFORE THIS HONORABLE COURT WITH THIS MOTION FOR A 90 DAY

12 EXTENSION OF TIME TO AMEND THE COMPLAINT DUE TO THE FOLLOWING REASONS;

13 UPON ARRIVAL AT WASCO STATE PRISON ON FEBRUARY 5, 2008 ALL PLAINTIFF'S LEGAL MATERIAL AND LEGAL

14 PAPERS WERE CONFISCATED WHEN CORRECTIONAL OFFICER WOULD NOT ALLOW PLAINTIFF TO SEND HIS

15 PROPERTY TO HOME AND PLAINTIFF WOULD NOT SIGN A PROPERTY AND CASH RECEIPT STATING PLAINTIFF

16 HAD DONATED HIS PROPERTY. PLAINTIFF DID NOT DONATE HIS PROPERTY. CORRECTIONAL OFFICERS WOULD

17 NOT GIVE PLAINTIFF HIS LEGAL MATERIAL AND LEGAL PAPERS.

18 PLAINTIFF IS BEING FALSELY IMPRISONED AND HELD AGAINST HIS WILL. ON JANUARY 16, 2008 A PAROLE

19 HOLD WAS PLACED ON PLAINTIFF FOR USE OF COCAINE AND FAILED TO PARTICIPATE IN DRUG TREATMENT

20 IN WHICH PLAINTIFF DENIES AND TO PARTICIPATE IN DRUG TREATMENT IS NOT A STIPULATION OF THE

21 CONDITION OF PLAINTIFF'S PAROLE CONDITIONS. PLAINTIFF WAS DUE TO HAVE A REVOCATIONING WITHIN

22 35 DAYS OF THE PAROLE HOLD WHICH SHOULD HAVE BEEN LATER THAN FEBRUARY 8, 2008. PLAINTIFF

23 HAS YET TO HAVE A REVOCATION HEARING AND EVERY ATTEMP PLAINTIFF MAKES TO FIND OUT WHAT

24 IS GOING ON AND WHY PLAINTIFF HAS NOT BEEN RELEASED HAS BEEN MET WITHOUT A

25 RESPONCE. THEREFOR PLAINTIFF IS BEING HELD IN CUSTODY IN VIOLATION OF THE UNITED STATES

26 CONSTITUTION.

27 PETITIONER ON MARCH 20, 2008 RECEIVED AT WASCO STATE PRISON THIS HONORABLE COURT'S ORDER

28 DATED FEBRUARY 22, 2008 IN WHICH THIS COURT ORDER OF DISMISSAL WITH LEAVE TO AMEND AND

(1)

1  DENYING MOTION FOR APPOINTMENT COUNSEL, DEFAULT JUDGEMENT AND AN INJUCTION, WHICH
2  PLAINTIFF IS NOT ABLE TO MAKE THE 30 DAY DEADLINE GIVE BY THIS COURT BEING PLAINTIFF
3  DID NOT RECEIVE THIS ORDER UNTIL MARCH 20, 2008 AND THE ORDER IS DATED FEBRUARY 22,
4  2008.
5  PLAINTIFF IS ONLY ALLOW 2 HOURS A WEEK ACCESS TO THE LAW LIBRARY EVEN THOUGH PLAINTIFF
6  HAS COURT DEADLINES, IS IN PRO-PER IN A NUMBER OF CASES FILED IN THE UNITED STATES DISTRICT
7  COURT OF CALIFORNIA. PLAINTIFF HAS BEEN DENIED ENVELOPES TO CORRESPOND TO THE COURTS.
8  PLAINTIFF IS NOT ALLOWED TO CHECK OUT LEGAL BOOKS OR LEGAL MATERIAL FROM THE LAW
9  LIBRARY OR HAVE LEGAL METERIAL FROM THE LAW LIBRARY BROUGHT TO HIS CELL WHICH ALSO
10 DENIES PLAINTIFF ACCESS TO THE LAW LIBRARY AND DENIES PLAINTIFF ACCESS TO
11 CORRESPOND TO THE COURTS.
12 THIS IS A ON GOING PROBLEM PLAINTIFF HAS HAD WITH THE CALIFORNIA DEPARTMENT
13 OF CORRECTIONS AND REHABILITATION SINCE JANUARY 2005. PLAINTIFF HAS WRITTEN AS
14 DIRECTED BY THE COURTS GREIVERANCE OR INMATE APPEALS TO EXHAUST THE ADMISTRATIVE REMIDIES
15 TO NO AVAIL.
16
17                    CONCLUSION
18        PLAINTIFF, HAROLD WALKER FOR THE REASONS STATED IN THIS MOTION COME BEFORE
19 THIS HONORABLE COURT AND PRAY THAT THIS COURT MAY GRANT PLAINTIFF'S MOTION FOR THE
20 90 DAY EXTENSION OF TIME TO AMEND THE COMPLAINT.
21
22 DATED: MARCH 25, 2008                    RESPECTFULLY WRITTEN AND SUBMITTED,
23
24                                           BY: [signature]
                                             HAROLD WALKER   V60211
25                                           W.S.P. A5-103L
                                             P.O. BOX 4400
26                                           WASCO, CA, 93280
27
                                                 IN PRO-PER
28

(2)

I, **HAROLD WALKER** DECLARE UNDER PENALTY THAT

FILED

I AM THE **PLAINTIFF** IN THE ABOVE ENTITLED ACTION. I AM SENDING THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF, TO BE TRUE EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION AND AS TO THOSE MATTERS I BELIEVE THAT THEY ARE TRUE.

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

EXECUTED THIS **25** DAY OF **MARCH**, **2008**, AT WASCO STATE PRISON, WASCO, CALIFORNIA 93280

*[signature: Harold Walker]*
SIGNATURE OF DECLARANT/PRISONER

---

PROOF OF SERVICE BY MAIL
(C.C.P. section 1013(a) & 2015.5; 2U.S.C.A. section 1746)

I, **HAROLD WALKER V60211** AM A RESIDENT OF WASCO STATE PRISON, STATE OF CALIFORNIA: I AM OVER EIGHTEEN (18) YEARS AND AM/ARE THE **PLAINTIFF** IN THE ABOVE ENTITLED ACTION. MY STATE PRISON ADDRESS IS: **P.O. BOX 4400** WASCO, CALIFORNIA 93280

EXECUTED THIS **25** DAY OF **MARCH**, **2008**, I SERVED THE FOREGOING:

**MOTION FOR EXTENSION OF TIME**
(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTIES HEREIN BY PLACING A TRUE COPY(S) THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL. IN A DEPOSIT BOX AT WASCO STATE PRISON, WASCO, CALIFORNIA 93280 OR WAS PICKED UP BY CORRECTIONS IN CHARGE OF PICKING UP MAIL ADDRESSED AS FOLLOWS:

**U.S. DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA**

**280 SOUTH FIRST STREET, RM. 2112**

**SAN JOSE, CA. 95113-3095**

THERE IS MAIL SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE SO ADDRESSED

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE.

DATED: **MARCH 25, 2008**

*[signature: Harold Walker]*
SIGNATURE OF DECLARANT/PRISONER

