NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER, | No. C 07-4228 JF (PR) |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| vs. | |
| JAMES TILTON, et al., | (Docket No. 19) |
| Defendants. | |

Good cause appearing, plaintiff's request for a 90-day extension of time in which to file a second amended complaint is GRANTED.  No further extensions of time will be granted.  **Failure to file a second amended complaint on or before June 22, 2008, and in accordance with the February 22, 2008 Order of Dismissal with Leave to Amend will result in dismissal of this action.**

This order terminates Docket No. 19.

IT IS SO ORDERED.

DATED: 4/4/08

JEREMY FOGEL
United States District Judge

Order Granting Extension of Time
G:\PRO-SE\SJ.Jf\CR.07\Walker228eot.wpd    1