

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES TILTON, et al.,<br><br>    Defendants. | No. C 07-4228 JF (PR)<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Docket No. 19) |

Good cause appearing, plaintiff's request for a 90-day extension of time in which to file a second amended complaint is GRANTED. No further extensions of time will be granted. **Failure to file a second amended complaint on or before June 22, 2008, and in accordance with the February 22, 2008 Order of Dismissal with Leave to Amend will result in dismissal of this action.**

This order terminates Docket No. 19.

IT IS SO ORDERED.

DATED: 4/4/08

JEREMY FOGEL
United States District Judge

Order Granting Extension of Time
G:\PRO-SE\SJ.Jf\CR.07\Walker228eot.wpd   1

**Other Orders/Judgments**
5:07-cv-04228-JF Walker v. Tilton, et al
E-Filing, ProSe

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 4/7/2008 12:20 PM and filed on 4/7/2008
**Case Name:**      Walker v. Tilton, et al
**Case Number:**    5:07-cv-4228
**Filer:**
**Document Number:** 20

**Docket Text:**
**ORDER GRANTING re [19] MOTION for Extension of Time. Signed by Judge Jeremy Fogel on 4/4/08. (dlm, COURT STAFF) (Filed on 4/7/2008)**

**5:07-cv-4228 Notice has been electronically mailed to:**

**5:07-cv-4228 Notice has been delivered by other means to:**

Harold Walker
V60211
Wasco State Prison
P.O. Box 4400
A5-103L
Wasco, CA 93280

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\Temp\Walker228eot.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/7/2008] [FileNumber=4279439-0] [
8352947f394cd6db7cec8de7d41aaf9439563cf4cfa37d3fd796a24aceea4a78259702
0b8500c6f7430ec623beac6438b57f6257b3a3ab58d2d8f4c3eec3fba9]]