NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD WALKER, | ) | No. C 07-04228 JF (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES TILTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/18/08

JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.JF\CR.07\Walker228_judgment.wpd           1